IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br><br>vs.<br><br>MAX C. LLOYD,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO EXTEND DATE TO REPORT TO PRISON<br><br><br><br>Case No. 2:03-CR-265 TS |

This matter is before the Court on Defendant's Motion to Extend Date to Report to Prison. Defendant seeks to change the date that he is to report to federal prison from April 29, 2006, to May 15, 2006. Defendant alleges that he needs additional time to put his affairs in order. The Court previously extended the date that Defendant was due to report to federal prison from March 6, 2006, until April 29, 2006. The Court finds that Defendant has been given sufficient time to get his affairs in order. It is therefore

ORDERED that Defendant's Motion to Extend Date to Report to Prison (Docket No. 140) is DENIED. Defendant is to present himself to the United States Bureau of Prisons by April 29, 2006, as previously ordered.

1

DATED   April 28, 2006.

BY THE COURT:

_____

TED STEWART
United States District Judge